## L. S. Beattie et al., Appellants, v. Charles T. Lamb et al., Appellees.

**Gen. No. 9,789.**

Heard in this court at May term, 1942; opinion filed August 21, 1942; rehearing denied October 6, 1942. Manus & Manus and Donald M. Eaton; for appellants; Robert J. Ellis, for appellees. Opinion by JUSTICE WOLFE. ''Not to be published in full.''